**WEST HARTFORD EDUCATION ASSOCIATION *v.* DAYSON DeCOURCY ET AL.**

The petition by W. Gary Vause on behalf of the Connecticut Association of Boards of Education, Inc., for leave to appear and file a brief as amicus curiae in the appeal from the Superior Court in Hartford County is granted to the extent of filing a brief.

*Peter B. Sullivan* and *Russell L. Post, Jr.,* in support of the motion.

Submitted March 23—decided March 30, 1971

The petition by Elihu Berman on behalf of the Connecticut Education Association, Inc., for leave to appear and file a brief as amicus curiae in the appeal from the Superior Court in Hartford County is granted to the extent of filing a brief.

*Peter B. Sullivan* and *Russell L. Post, Jr.,* in support of the motion.